```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NORBERT WU, Individually and on Behalf     :
of All Similarly Situated Persons,         :    09 Civ. 6557 (KBF)
                                           :    10 Civ. 6537 (KBF)
                         Plaintiff,        :
                                           :
              -v-                          :
                                           :
PEARSON EDUCATION INC.,                    :
                                           :
                         Defendant.        :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 03 2012

KATHERINE B. FORREST, District Judge:

Whereas the above-captioned actions are related and proceeding in this Court, it is hereby

ORDERED that the parties shall jointly submit a status letter regarding these two actions no later than May 11, 2012. The parties are directed to address, *inter alia*, their views regarding whether these related actions should be tried together and to what extent they may be proceed on the same schedule (including deadlines for the close of all discovery, submission of all pretrial materials, including the Joint Pretrial Order, and informing the Court whether a party intends to file a motion for summary judgment).

SO ORDERED:

Dated:    New York, New York
          May 2, 2012

_____
KATHERINE B. FORREST
United States District Judge