

# Nelson & McCulloch LLP

Intellectual Property Litigation
New York | District of Columbia

The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174
T: (212) 907-6677
F: (646) 308-1178

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 24 2012
```

Dan Nelson*                                                                 Kevin P. McCulloch+

July 23, 2012

**VIA ELECTRONIC MAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007

      RE:  *Wu v. Pearson Education Inc.*, No 09-cv-06557(KBF)

Dear Judge Forrest,

We are counsel for Plaintiff Wu in the above-referenced action. I write to request that the Court consider the suggestion raised in Plaintiff's Objection to Defendant's Notice of Intent to Move for Decertification filed earlier today (Dkt. No. 147) that the Court permit a conference on the propriety of allowing Defendant's motion at this juncture.

In addition, if the Court is inclined to permit Defendant's motion to proceed, undersigned counsel requests that the Court adjust the schedule entered by the Court today (Dkt. No. 148). As I previously have advised Your Honor and Defendant's counsel, I am getting married on August 18 in Washington, D.C. and will be out of the country after that until September 3. The schedule entered by the Court thus creates an unavoidable conflict for me, and I will be responsible for the briefing of this motion. We would request that the Court allow Plaintiff until **September 17** to respond to Defendant's motion which effectively will allow us the same usable period to respond.

                                      Respectfully submitted,

                                       Kevin McCulloch

*Admitted in NY and CO
+Admitted in NY and DC
www.nelsonmcculloch.com



Page 2

cc: Danial Nelson, Esq.
    Ezra Church, Esq.
    David Marston, Esq.

The schedule is amended as follows:

- Defendant shall submit its motion for decertification not later than August 29, 2012;
- plaintiff shall submit a response not later than September 17, 2012;
- and a reply, if any, shall be submitted not later than September 24, 2012.

The status conference is adjourned to October 19, 2012, at 12:00 p.m.

7/24/12   K. B. Forrest
          USDJ

The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174
www.nelsonmcculloch.com