IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------------X
NORBERT WU, Individually and on Behalf of       :
All Similarly Situated Persons                  :
                                                :   Case No. 1:09-CV-06557-KBF
                             Plaintiff,         :
                                                :   Hon. Katherine B. Forrest
              - v -                             :
                                                :   Electronically Filed
PEARSON EDUCATION, INC.,                        :
                                                :
                             Defendant.         :
-----------------------------------------------------------------------X
```

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23, the Local Rules of the Southern District of New York and the Individual Practices of this Court, and upon the Memorandum of Law in Support, the Declaration of Elaine Soares-Ferreria, and the Declaration of Ezra D. Church and Exhibits, which are being filed under seal contemporaneously herewith, Defendant Pearson Education, Inc. hereby moves this Court, before the Honorable Katherine B. Forrest, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting its Motion to Decertify the Class.

Dated: August 29, 2012                          By:   /s Ezra D. Church

Namita E. Mani                                  J. Gordon Cooney, Jr. (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP                     David W. Marston, Jr. (admitted *pro hac vice*)
101 Park Avenue                                 Ezra D. Church (admitted *pro hac vice*)
New York, New York 10178                        MORGAN, LEWIS & BOCKIUS LLP
(212) 309-6000                                  1701 Market Street
(212) 309-6001 (facsimile)                      Philadelphia, PA 19103
                                                (215) 963-5000
                                                (212) 963-5001 (facsimile)

*Attorneys for Defendant Pearson Education, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following Plaintiff's counsel via electronic mail.

>Danial Nelson
>dnelson@nelsonmcculloch.com
>Kevin P. McCulloch
>kmcculloch@nelsonmcculloch.com
>Nelson & McCulloch LLP
>The Chrysler Building
>405 Lexington Avenue, 26th Floor
>New York, New York 10174

DATED:   August 29, 2012                                           /s Ezra D. Church
                                                                   Ezra D. Church