Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

J. Gordon Cooney, Jr.
215.963.4806
jgcooney@morganlewis.com

October 22, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 3 2012

**VIA ELECTRONIC MAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10174

Re:   Wu v. Pearson Education, Inc., No. 1:09-CV-06557-KBF (*Wu I*)

Dear Judge Forrest:

We represent Defendant Pearson Education, Inc. ("Pearson") in the above-referenced action. I am lead trial counsel for Pearson and write to request an adjournment of the status conference scheduled for October 25, 2012.

Although I had planned to attend the conference previously set for October 26, 2012, due to a medical procedure scheduled for October 24, I will not be able to travel and attend the conference rescheduled for October 25. See Docket No. 157.

In accordance with your Honor's Individual Practices, we contacted the Court last week and earlier today to inquire about other possible dates over the next two weeks and then reached out to Plaintiff's counsel to determine their availability. Plaintiff's counsel indicated that they do not oppose an adjournment, but that they have conflicts through November 7, with multiple filings and conferences until then.

Therefore, we respectfully request that the Court adjourn the conference until a date after November 7, 2012 that is convenient for the Court.

Respectfully,

J. Gordon Cooney, Jr./EC

J. Gordon Cooney, Jr.

cc:   Danial A. Nelson, Esq. (via email)
      Kevin P. McCulloch, Esq. (via email)

*Ordered*
*Conference adjourned to Nov. 13 at 1:30 p.m.*

*K. B. Forrest*
*USDJ   10/23/12*

Philadelphia   Washington   New York   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton   Chicago   Minneapolis
Palo Alto   Dallas   Houston   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Beijing   Tokyo