USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/18/13___

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORBERT WU, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS,<br><br>   Plaintiff,<br><br>v.<br><br>PEARSON EDUCATION, INC.,<br>   Defendant. | Case No. 09-CV-6557-KBF<br><br>Hon. Katherine B. Forrest |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), it is hereby stipulated and agreed, by and between Plaintiff Norbert Wu and Defendant Pearson Education, Inc., through undersigned counsel, that all claims and affirmative defenses asserted in the above-captioned action shall be and hereby are dismissed in their entirety with prejudice, each party bearing its own costs.

STIPULATED AND AGREED:

Dated: New York, New York
March 1, 2013

_____
NELSON & MCCULLOCH LLP
Danial Nelson
Kevin P. McCulloch
The Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174

*Counsel for Plaintiff Norbert Wu*

Dated: Philadelphia, Pennsylvania
March 14, 2013

_____
MORGAN LEWIS & BOCKIUS LLP
J. Gordon Cooney, Jr. (*pro hac vice*)
David W. Marston Jr. (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
1701 Market Street
Philadelphia, Pennsylvania 19103

*Counsel for Defendant Pearson Education, Inc.*

**SO ORDERED:**

3/18/13

_____
K. B. Forrest
**U.S.D.J.**